UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION
[*Electronically Filed*]

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, <br><br> *Plaintiff*, <br><br> v. <br><br> THE SPEAKEASY BAR & GRILL, LLC d/b/a THE BARRELHOUSE ON MARKET, <br><br> and <br><br> ARNIE YOUNGBLOOD, <br><br> and <br><br> BRANDON CRUTCHER, <br><br> *Defendants*. | Case No. 1:23-cv-00586-JRS-TAB |

## ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE

This matter having come before the Court on Plaintiff's Motion to Transfer Venue, and the Court having reviewed the matter and being duly and sufficiently advised, **IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**. The Court finds that this action should be and **IS** immediately transferred to the United States District Court for the Southern District of Indiana, New Albany Division. This action is, therefore, hereby **TRANSFERRED** and **STRICKEN** from the Indianapolis Division Court's active docket.

Date: 4/6/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

**Service List:**

D. Craig Lamb
Craig.lamb@wilsonelser.com

Edward M. O'Brien
Edward.O'Brien@wilsonelser.com

THE SPEAKEASY BAR & GRILL, LLC
d/b/a THE BARRELHOUSE ON MARKET
c/o Michelle Collins
1005 W. Market St.
Jeffersonville, IN 47130

THE SPEAKEASY BAR & GRILL, LLC
d/b/a THE BARRELHOUSE ON MARKET
c/o Michelle Collins
112 Altra Drive
Clarksville, IN 47129

ARNIE YOUNGBLOOD
5315 E. Whiskey Run Rd. NE
Georgetown, IN 47122

BRANDON CRUTCHER,
2805 Hampton Dr.
Jeffersonville, IN 47130

BRANDON CRUTCHER
c/o Kelly A. Sheets
THEDOROS & ROOTH, P.C.
8750 Broadway, Suite A
Merrillville, IN 46410