## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00051-TWP-KMB |
| | ) | |
| THE SPEAKEASY BAR & GRILL, LLC d/b/a | ) | |
| THE BARRELHOUSE ON MARKET Clerk's | ) | |
| Entry of Default Entered on 8/9/23, | ) | |
| BRANDON CRUTCHER, | ) | |
| ARNIE YOUNGBLOOD Clerk's Entry of Default | ) | |
| Entered on 8/9/23, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 58

The Court having this day made its Entry directing the entry of final judgment, now enters its **FINAL JUDGMENT**. Judgement is entered in favor of Plaintiff Scottsdale Insurance Company and against Defendants The Speakeasy Bar & Grill, LLC d/b/a The Barrelhouse On Market, Brandon Crutcher, and Arnie Youngblood.

**IT IS ORDERED** that Scottsdale Insurance Company is only obligated under Commercial General Liability & Liquor Liability Policy No. CPS7204687, with a policy period of June 18, 2020, to June 18, 2021, to provide coverage for up to $25,000.00 per event / $50,000.00 in the aggregate for the claims asserted in the state court lawsuit filed by Brandon Crutcher in Clark Circuit Court, Indiana, titled *Brandon Crutcher v. The Speakeasy Bar & Grill, LLC d/b/a The Barrelhouse on Market and Arnie Youngblood*, under Cause No. 10C02-2103-CT-000032, or for any other claims arising from the physical altercation having taken place between patrons of The Speakeasy Bar & Grill, LLC, on or about July 25, 2020.

This action is **TERMINATED**.

Dated: 9/16/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

Edward M. O'Brien
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
edward.obrien@wilsonelser.com

William Andrew Theodoros
Theodoros & Rooth, P.C.
william@trinjurylaw.com

2